IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CHARLES MACKEY, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| | : | |
| VS. | : | **1 : 04-CV-182 (WLS)** |
| | : | |
| SERGEANT BELL, | : | |
| | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Presently pending in this § 1983 action is the plaintiff's request that the court "prepare additional documents #3 [sic] (and redress statutes of limitations document # 3 at an [sic] later date)."  The court ordered service on defendant Bell on January 31, 2005, and on that same date recommended that all remaining defendants be dismissed from this action.  This recommendation was adopted by Chief United States District Judge W. Louis Sands on April 8, 2005.  The court is unable to identify any document signed by Magistrate Judge Richard L. Hodge on January 25, 2005, as referenced by the plaintiff, and cannot discern to which document # 3 the plaintiff is referring in the pending request for court action.   Accordingly, this request is at this time **DENIED**, without prejudice to plaintiff's right to refile this request, setting forth his claims and/or questions in a more coherent manner.

**SO ORDERED**, this 12th day of July, 2005.

/s/ ***Richard L. Hodge***
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE