IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CHARLES MACKEY, | : | |
| Plaintiff | : | |
| VS. | : | 1 : 04-CV-182 (WLS) |
| SERGEANT BELL, | : | |
| Defendant. | : | |

**ORDER**

Presently pending in this § 1983 action is the plaintiff's "Motion to Correct Clerical Mistakes Regarding Discovery Docketed Number 1 : 04-cv-187 (WLS)". Plaintiff appears to be alleging that an error has occurred in the docketing of discovery documents in this case and in Civil Action Number 1 : 04-CV-187. A review of these cases does not reveal any such error at this time. Plaintiff is reminded that his documents will be docketed correctly if the documents bear the correct case number. Finding no basis for court action, Plaintiff's Motion to Correct is **DENIED** at this time.

**SO ORDERED**, this 19th day of June, 2006.

   /s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE