IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CHARLES MACKEY, | : | |
| Plaintiff | : | |
| | : | |
| VS. | : | 1 : 04-CV-182 (WLS) |
| | : | |
| SERGEANT BELL, | : | |
| Defendant. | : | |

**RECOMMENDATION**

Presently pending in this § 1983 action are the plaintiff's Motion for Injunctive Relief and Motion for Default Judgment. In his Motion for Injunctive Relief, the plaintiff apparently revisits his earlier filed Motion for injunctive relief, which was denied by the court in an order dated March 20, 2006. Inasmuch as this motion is a reiteration of plaintiff's previously raised contentions regarding mental health treatment, and inasmuch as the plaintiff does not present additional grounds upon which to base injunctive relief, it is the recommendation of the undersigned that this motion be **DENIED**.

In his Motion for Default Judgment, the plaintiff apparently seeks a default judgment against the court or the defendant based on the lack of response to his motion for a temporary restraining order or preliminary injunction. Finding no basis for the entry of default or a default judgment, it is the recommendation of the undersigned that the plaintiff's Motion for Default Judgment be **DENIED**.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, Chief United States District Judge,

WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**, this 19th day of June, 2006.

      /s/ **_Richard L. Hodge_**
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb